IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CT-3093-FL

| | |
|---|---|
| WAYNE THOMAS JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| C. MABRY, et al., ) | |
| ) | |
| Defendants. ) | |

The matter is before the court on the motion for preliminary injunction (DE # 11) and motion for summary judgment (DE # 14), filed by plaintiff Wayne Thomas Johnson (hereinafter "plaintiff"). As explained below, plaintiff's motions are denied as moot.

Plaintiff filed this action pursuant to 42 U.S.C. § 1983 on July 23, 2007. On August 30, 2007, the court dismissed the action without prejudice, finding that it was barred pursuant to 28 U.S.C. § 1915(g). Plaintiff then filed the instant motions for preliminary injunction and for summary judgment. Because this action was dismissed prior to plaintiff filing his motions for preliminary injunction and summary judgment, his motions (DE # 11 and # 14) are DENIED as moot.

SO ORDERED, this the 30th day of September, 2007.

LOUISE W. FLANAGAN
Chief United States District Judge